ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| JADIAN ANDERSON | 3-14CR-457-K |

## INFORMATION

The United States Attorney for the Northern District of Texas charges:

Count One
Misprision of Felony
[Violation of 18 U.S.C. § 4]

On or about November 10, 2012, in the Dallas Division of the Northern District of Texas, the defendant, Jadian Anderson, having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is, Conspiracy to Commit Kidnapping, in violation of 18 U.S.C. § 1201(c) and 18 U.S.C. § 1201(a)(1) did knowingly and willfully conceal and not make known the same to a criminal authority, in violation of 18 U.S.C. § 4.

**Information - 1**

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Errin Martin by PJ Meitl*
_____
ERRIN MARTIN
Assistant United States Attorney
1100 Commerce, Suite 300
Dallas, Texas  75242
Texas Bar No. 24032572
Telephone: 214.659.8838
Facsimile: 214.767.4104

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

**Information - 2**